GAS 245D     (Rev. 11/23) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| Dequan Beniman | Case Number: 4:20CR00127-1 |
| | USM Number: 17684-509 |
| | Toly A. Siamos |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory and special conditions of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You failed to refrain from any unlawful use of a controlled substance (mandatory condition). | May 1, 2023 |

*See Page 2 for Additional Violations.*

The defendant is sentenced as provided in Page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s), _____, and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 8962

Defendant's Year of Birth: 1994

City and State of Defendant's Residence:

Savannah, Georgia

January 16, 2024
Date of Imposition of Judgment

/s/ R. Stan Baker
Signature of Judge

R. Stan Baker
United States District Judge
Southern District of Georgia
Name and Title of Judge

January 19, 2024
Date

DEFENDANT: Dequan Beniman
CASE NUMBER: 4:20CR00127-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | You failed to refrain from any unlawful use of a controlled substance (mandatory condition). | June 23, 2023 |
| 3 | You failed to refrain from any unlawful use of a controlled substance (mandatory condition). | August 17, 2023 |
| 4 | You failed to refrain from any unlawful use of a controlled substance (mandatory condition). | October 31, 2023 |
| 5 | You failed to participate in a substance abuse treatment program and follow the rules and regulations of that program (special condition). | November 15, 2023 |

DEFENDANT: Dequan Beniman
CASE NUMBER: 4:20CR00127-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>8 months.</u>

☒ The Court makes the following recommendations to the Bureau of Prisons:
Designation to the Bureau of Prison facility located in either Estill, South Carolina, or Jesup, Georgia. The Court further recommends that the defendant be evaluated by Bureau of Prisons officials to establish his participation in an appropriate program of substance abuse treatment, including the Residential Drug Abuse Program (RDAP), during his term of incarceration. It is also recommended that the Bureau of Prisons evaluate the defendant for Residential Reentry Center placement.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL